UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| BRENT SCOBEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:25-cv-00163-MTS |
| ) | |
| MARK DOBBS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

A review of this matter, after transfer to the undersigned, shows that Plaintiff's Complaint and Plaintiff's Motion for Temporary Restraining Order are not physically signed as required. *See* Fed. R. Civ. P. 11(a); *Pack v. City of St. Charles*, 4:25-cv-0911-MTS, 2025 WL 2549230, at *1 (E.D. Mo. Sept. 4, 2025) (explaining that a typed name does not constitute a signature when a filing is not made through a person's electronic-filing account). In accordance with Rule 11(a), the Court will require Plaintiff to "promptly" correct this deficiency by submitting to the Clerk of Court a signed copy of his Complaint and Motion for Temporary Restraining Order. *See McGehee v. Synchrony Bank*, 4:25-cv-0933-MTS, 2025 WL 1993555, at *1 (E.D. Mo. July 17, 2025). If Plaintiff fails to do so by Monday, March 09, 2026, the Court "must strike" the filings. Fed. R. Civ. P. 11(a).

A review of Plaintiff's Motion for Leave to Proceed *in Forma Pauperis*, which is properly signed, shows that it must be denied. The affidavit Plaintiff provides does not "include[] a statement of all [his] assets." 28 U.S.C. § 1915(a)(1). *See also Rosa v. Doe*,

86 F.4th 1001, 1005 (2d Cir. 2023) (explaining that § 1915 "allows litigants to bring a suit 'without prepayment of fees or security therefor' so long as the litigant submits an affidavit 'that includes a statement of all assets' that the litigant possesses"). Rather, Plaintiff writes only that he has "no significant property or savings." Doc. [3] at 2. The Court will deny the Motion without prejudice. No later than Thursday, March 19, 2026, Plaintiff must prepay the filing fee in full or carefully complete the Court's Application to Proceed in District Court without Prepaying Fees or Costs[*] in its entirety and file it with the Court. The Court reminds Plaintiff that the statements he makes on the Application are made under penalty of perjury and must be truthful. Besides the possibility of criminal liability, false statements will result in the denial of the Motion, dismissal of the action, or other appropriate sanction.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than **Monday**, **March 09, 2026**, Plaintiff must provide physically signed copies of his Complaint and Motion for Temporary Restraining Order to the Clerk of Court. **Failure to timely do so will result in the striking of the filings.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to Proceed in Forma Pauperis is **DENIED** without prejudice. No later than **Thursday**, **March 19, 2026**, Plaintiff shall prepay the filing fee in full or shall file a properly completed Application to Proceed in District Court without Prepaying Fees or Costs. **Failure to**

---

[*] The form application is available from the Clerk of Court or from the Court's website. *See* https://www.moed.uscourts.gov/sites/moed/files/documents/forms/moed-0046.pdf.

**timely pay the filing fee or file a proper Application will result in the dismissal of this action without further notice.**

Dated this 26th day of February 2026.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE