**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| BRENT SCOBEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:25-cv-00163-MTS |
| | ) | |
| MARK DOBBS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

One month ago, the Court ordered Plaintiff Brent Scobey to properly sign his pleadings no later than March 09, 2026, and prepay the filing fee or file a properly completed Application to Proceed in District Court without Prepaying Fees or Costs no later than March 19, 2026.  Doc. [8].  Plaintiff failed to comply with either deadline.  As the Court warned it would do, *see id.* at 2–3, the Court now will enter herewith an Order of Dismissal, which will dismiss this action without prejudice.

Dated this 26th day of March 2026.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE