**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

BRENT SCOBEY,                                    )
                                                 )
      Plaintiff,                           )
                                                 )
    vs.                                      )          Case No. 1:25-cv-00163-MTS
                                                 )
MARK DOBBS, *et al.*,                            )
                                                 )
      Defendants.                          )

## MEMORANDUM AND ORDER

This matter is before the Court on *pro se* Plaintiff Brent Scobey's Motion for Relief from Judgment.  Doc. [11].   The Court previously dismissed this action without prejudice for Plaintiff's failure to comply with two Court orders.  *See* Doc. [9].  Because Plaintiff represents that he did not receive copies of the Court's orders, Doc. [11], the Court will grant his Motion.   But the Court admonishes Plaintiff that he has an affirmative duty to monitor the docket in this case.  *See Fox v. Am. Airlines, Inc.*, 389 F.3d 1291, 1294 (D.C. Cir. 2004) (joined by Roberts, J.) (citing *United States ex rel. McAllan v. City of New York*, 248 F.3d 48, 53 (2d Cir. 2001) (per curiam)); *Casimir v. Sunrise Fin., Inc.*, 299 F. App'x 591, 593 (7th Cir. 2008) (citing *Soliman v. Johanns*, 412 F.3d 920, 922 (8th Cir. 2005)).  Thus, even if Plaintiff represents that he does not receive future orders, that alone will be insufficient to excuse his failure to comply.

Since the Court will reopen this case, the Court now reviews Plaintiff's Application to Proceed *in Forma Pauperis*.  Doc. [13].  In his application, Plaintiff notes that he has $1,000 in cash or his bank accounts and has a monthly income of $4,200.  *Id.*

And he details only $1,300 in monthly expenses.  *Id.*  Based on these figures he provides, the Court will deny his Application and order him to prepay the $405 filing fee in this matter no later than Wednesday, May 06, 2026.  *See Griffin v. Centurion, LLC*, 2:25-cv-0062-MTS, 2026 WL 696535, at *2 (E.D. Mo. Mar. 12, 2026) (noting district courts have wide discretion in determining whether a plaintiff should be allowed to proceed *in forma pauperis*).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Relief from Judgment, Doc. [11], is **GRANTED**.  The Order of Dismissal previously entered is **VACATED**, and this action is **REOPENED**.

**IT IS FURTHER ORDERED** that Plaintiff's Application for Leave to Proceed *in Forma Pauperis*, Doc. [13], is **DENIED**.  No later than **Wednesday**, **May 06, 2026**, Plaintiff shall prepay the $405 filing fee in full.  If Plaintiff fails to do so by that date, the Court will dismiss this action without further notice.

Dated this 15th day of April 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE